O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHANG KEUN KIM, | ) | Case No. CV 13-0483-JGB (RNB) |
|---|---|---|
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS |
| | ) | AND RECOMMENDATIONS |
| vs. | ) | OF UNITED STATES |
| | ) | MAGISTRATE JUDGE |
| FRANK X. CHAVEZ, (Acting Warden), | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered denying the First Amended Petition and dismissing this action without prejudice.

DATED:   October 25, 2013

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE