JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG KEUN KIM,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>FRANK X. CHAVEZ, (Acting Warden),<br><br>　　　　　Respondent. | Case No.  CV 13-0483-JGB (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

DATED:  October 25, 2013

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE